**\*E-FILED\***
**March 8, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDI MILLARD,<br><br>          Plaintiff,<br><br>v.<br><br>COMFORT INN,<br>et al.,<br><br>          Defendants.<br>_____/ | No.  C 05-02113 RMW  (RS)<br><br>**ORDER EXCUSING ATTENDANCE**<br>**AT SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

By letter dated March 1, 2006, Best Western International, Inc., through its counsel, David E. Bunim, requested that its representative be excused from personally appearing at the settlement conference scheduled for March 10, 2006.  No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance.  Therefore, it is hereby ORDERED that Dorian LeFre of Best Western International, Inc. be available by telephone from 10:00 a.m. Pacific Standard Time until further notice on March 10, 2006.

If the court concludes that the absence of Dorian LeFre is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by

///

**United States District Court**
For the Northern District of California

1  each party including Dorian LeFre.

2      IT IS SO ORDERED.

3

4  Dated:  March 8, 2006

5  _____
   RICHARD SEEBORG
   United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Patricia Barbosa    pbarbosa@reinlawoffice.com

David E. Bunim    DBunim@haasnaja.com,

Julie McLean    juliemclean@reinlawoffice.com,

Paul L. Rein    reinlawoffice@aol.com

James William Rushford , Esq    Jrushford@rushfordbonotto.com,

John S. Simonson    jsimonson@ropers.com, pdunn@ropers.com; knguyen@ropers.com

Ivan Weinberg    ivan@whcrlaw.com, pete@whcrlaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: March 8, 2006

                      CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                      By:    /s/ *BAK*

**United States District Court**
For the Northern District of California