**United States District Court**
For the Northern District of California

1

2

3    **\*E-FILED 3/14/06\***

4

5

6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9

10   ANDI MILLARD,                                No.  C 05-02113 RMW (RS)

11            Plaintiff,

12   v.                                           **ORDER SETTING FURTHER
                                                  SETTLEMENT CONFERENCE**
13   COMFORT INN, et al.,

14            Defendants.
     _____/

15

16   TO ALL PARTIES AND COUNSEL OF RECORD:

17        You are hereby notified that a further settlement conference is scheduled for **April 14, 2006**,

18   **at 10:00 a.m**, Courtroom 4, 5th Floor, 280 South First Street, San Jose, California.  In preparation

19   for the conference, the procedures set forth below are to be followed:

20        **Lead trial counsel** shall appear at the Settlement Conference with the parties and with the

21   person or persons having **full authority** to negotiate and to settle the case.  In all cases in which a

22   party is insured, the carrier's claims representative and attorney, if any, with **full authority** to

23   negotiate up to the limits of coverage shall also appear in person at the Settlement Conference.

24        The parties shall notify Magistrate Judge Seeborg's Chambers **immediately** at

25   408/535-5357 if this case settles prior to the date set for further settlement conference.

26        IT IS SO ORDERED.

27   Dated:  3/14/06

28                                                _____
                                                  RICHARD SEEBORG
                                                  United States Magistrate Judge

**United States District Court**

For the Northern District of California

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

2

3 Patricia Barbosa     pbarbosa@reinlawoffice.com

4 David E. Bunim     DBunim@haasnaja.com,

5 Julie McLean     juliemclean@reinlawoffice.com,

6 Paul L. Rein     reinlawoffice@aol.com

7 James William Rushford , Esq     Jrushford@rushfordbonotto.com,

8 John S. Simonson     jsimonson@ropers.com, pdunn@ropers.com; knguyen@ropers.com

9 Ivan Weinberg     ivan@whcrlaw.com, pete@whcrlaw.com

10

11 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

12

13 Dated: 3/14/06

14

15                     CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

16

                        By:     /s/ *BAK*

17

18

19

20

21

22

23

24

25

26

27

28

2